## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————
)
BELIZE SOCIAL DEVELOPMENT )
LIMITED, )
)
           Petitioner, )  Case No. 1:09-CV-02170-RJL
)
           v. )
)
THE GOVERNMENT OF BELIZE, )
)
           Respondent. )
———————————————————)

## MOTION TO SUSPEND THE APRIL 14, 2010
## SCHEDULING ORDER AND FOR A STATUS CONFERENCE

Pursuant to this Court's April 14, 2010 Minute Order, Petitioner Belize Social Development Limited ("BSDL") is required to submit papers to this Court by May 28, 2010 in connection with the pending proceeding, including the following: (a) Reply in support of the Petition to Confirm Foreign Arbitration Award and to Enter Judgment; (b) Opposition to Respondent's Motion to Stay Action or, in the Alternative, Dismiss Petition; and (c) Opposition to Respondent's Motion to Bifurcate.  However, as explained below, counsel for Petitioner is unable to file those pleadings in accordance with the Scheduling Order.  Counsel for Petitioner therefore requests that the April 28, 2010 Order be suspended and that the Court schedule a status conference with the parties.

In its Motion to Stay or Dismiss, Respondent Government of Belize ("GoB") states "[t]he Belize Supreme Court has issued an injunction prohibiting BSDL from enforcing the subject arbitration award" while a proceeding is pending in Belize.  Respondent's Motion to Stay or Dismiss at 1 (Docket Entry 15).  Respondent has stated in its papers that there is a Belize court order that states as follows:

>Belize Telemedia Limited and [BSDL] or their successors, assigns or subsidiaries, are thereby restrained by themselves, their agents or representatives howsoever, from enforcing, or commencing or continuing in the United Kingdom or any other jurisdiction, proceedings for enforcing the award of the London Court of International Arbitration (LCIA), made on the 18th of March 2009, in Arbitration Number 81079, or from commencing or continuing in the United Kingdom or in any other jurisdiction, any proceedings relating to the enforcement of said award.

*Id.* at 12.

On March 31, 2010, after the proceeding before this Court had been filed, Respondent GoB enacted an amendment to the Belize Supreme Court of Judicature Act, Chapter 91 of the Laws of Belize, "to strengthen the provisions relating to contempt of court; and to provide for matters connected therewith or incidental thereto."   A copy of this new Belize legislation is attached as Exhibit A.

The new Belize legislation purports to make it a criminal offense, punishable by fines and imprisonment, to "disobey[] or fail[] to comply with an injunction, or an order in the nature of an injunction" issued by the Supreme Court of Belize (whether such injunction was issued before or after the new Belize legislation).  Exh. A. at 308 (Section 106A(1)).  The new Belize legislation makes such offenses punishable by fines and/or imprisonment "for a term which shall not be less than five years but which may extend to ten years."  *Id.* at 309 (Section 106A(3)).  As the law purports to apply whether such injunction was issued before or after the new Belize legislation, the law presumably would apply to the purported injunction that Respondent has asserted was issued against BSDL.

Furthermore, the new Belize legislation purports to make it a criminal offense if any person, whether in Belize or elsewhere, directly or indirectly "***instigates, commands, counsels, procures, solicits, advises or in any manner whatsoever aids, facilitates, or encourages***" violation of an injunction or similar order issued by the Supreme Court of Belize.  *Id.* (Section

106A(4)) (emphasis added).  The penalties for "abetting the said offence shall be punished in like manner" (fines and/or imprisonment).  *Id.* at 310 (Section 106A(4)).  It appears that the new law purports to apply to BSDL's attorneys appearing before this Court in this proceeding.

Offenses set forth in the new Belize legislation "shall be investigated, tried, judged and punished by the [Belize] Court" regardless of whether they occurred in Belize or in any other territorial jurisdiction, or whether or not the alleged offender was present in Belize or elsewhere. Additionally, offenses may be tried in the absence of the accused.  *Id.* (Section 106A(6)).

Counsel of record for the GoB has stated in the Joint Motion for Extension of Time ¶ 6 (Docket Entry 18) that the GoB "in no way consents to the continued prosecution of this Petition, does not waive its sovereign rights and obligations to fully enforce its laws, including but not limited to the Act referred to in paragraph 2 above [the Supreme Court of Judicature (Amendment) Act, 2010 that was enacted March 31, 2010]."  Joint Motion for Extension of Time at 2.

As a result, it would appear that the filing of papers by counsel for BSDL on May 28, 2010 in accordance with this Court's Minute Order dated April 14, 2010 would be deemed by Respondent GoB to be a criminal offense.  Counsel for BSDL does not want to do anything that would be deemed a violation of any valid and enforceable law.  Accordingly, counsel for Petitioner respectfully requests that the Court suspend the Scheduling Order of April 14, 2010 and schedule a status conference with the parties.

Dated:  May 25, 2010                              Respectfully submitted,


   /s/ Joseph S. Hall
Joseph S. Hall (D.C. Bar No. 475057)
KELLOG, HUBER, HANSEN, TODD,
EVANS & FIGEL P.L.L.C.
1615 M Street, N.W., Suite 400
Washington D.C. 20036
Telephone:  (202) 326-7900
Fax:  (202) 326-7999
jhall@khhte.com

Louis B. Kimmelman (admitted pro hac vice)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Fax: (212) 610-6399
benno.kimmelman@allenovery.com

Counsel for Petitioner
BELIZE SOCIAL DEVELOPMENT LIMITED

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2010, I caused to be filed electronically the

foregoing Motion To Suspend the April 14, 2010 Scheduling Order and for a Status Conference

with the Clerk of Court for the United States District Court for the District of Columbia using the

CM/ECF system and accomplished service via the same.

/s/ Joseph S. Hall
Joseph S. Hall