**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BELIZE SOCIAL DEVELOPMENT LIMITED </br></br> Petitioner </br></br> v. </br></br> THE GOVERNMENT OF BELIZE </br></br> Respondent. | ) </br> ) </br> ) </br> ) </br> )    **CASE NUMBER 1:09-CV-02170-RJL** </br> ) </br> ) </br> ) </br> ) </br> ) |

**OPPOSITION TO PETITIONER'S MOTION TO SUSPEND THE APRIL 14, 2010 SCHEDULING ORDER AND FOR A STATUS CONFERENCE**

Respondent Government of Belize ("GOB") opposes Petitioner Belize Social Development Limited's ("BSDL") motion to suspend the April 14, 2010 scheduling order and set a status conference, which was filed without the attorneys for BSDL first conferring with counsel for GOB as required under Local Rule 7(m).

Despite the injunction issued by the Belize Supreme Court against enforcement of the subject arbitral award in any jurisdiction until after final adjudication of the Belize judicial proceedings pertaining to that same award, BSDL continues to pursue the instant petition. In an effort to continue this improperly filed action, BSDL is apparently seeking absolution from this Court for its willful violation of Belize law. This Court should not provide its blessing to BSDL to continue its case in the United States against GOB; therefore, BSDL's motion should be denied in its entirety.

Prior to filing its motions, GOB asked BSDL to stipulate that the court could bifurcate the jurisdictional issues from the substantive issues. BSDL refused to so stipulate, forcing GOB to spent considerable resources simultaneously moving to stay, to dismiss, to bifurcate, and to file a preliminary response to the petition.

After GOB moved to stay this action based on the pendency of the Belize judicial proceedings, and in the alternative moved to dismiss on foreign sovereign immunity grounds

among other things, moved to bifurcate, and filed a preliminary opposition, BSDL was granted a lengthy extension of time to this Friday, May 28, 2010, in which to decide whether to oppose those motions or dismiss the petition (as it should).

Now, in the eleventh hour, after essentially admitting that its petition violates the Belize Supreme Court injunction, BSDL is asking this Court to essentially hold in abeyance any obligation it has to respond. BSDL's motion must be denied. Moreover, BSDL should voluntarily dismiss its petition immediately.

BSDL has had almost two months to confirm, as it has apparently now done, that it should not have filed its petition in willful and knowing disregard of the injunction order of the Belize Supreme Court. The petition was filed by BSDL to forum shop and to cause GOB to incur additional expenses. In fact, as discussed in the GOB motion papers, the creation of BSDL in a jurisdiction (British Virgin Islands) foreign to Belize, and the purported transfer of the "payment" interest in the subject arbitration award from a Belizean company to BSDL, appears to be nothing more than a scheme by BSDL to attempt to avoid the lawful jurisdiction of the Belize courts over these matters. The detailed arguments supporting the points raised above are fully set forth in GOB's motion papers and need not be repeated here.

As such, GOB respectfully requests that BSDL's motion to suspend the April 14, 2010 scheduling order be denied. Further, there is no need for a case management conference at this time, because the issues are fully presented in GOB' s motion papers.

In sum, BSDL should immediately dismiss this petition. In the alternative, GOB submits that its motion to dismiss be granted and the petition dismissed (for the various reasons set forth therein) or, in the alternative, that these proceedings be stayed until after the final adjudication of the Belize judicial proceedings.

|  |  |
|---|---|
| Dated:  May 26, 2010 | /s/ Timothy J. Koeppl_____<br>Timothy J. Koeppl (D.C. Bar No.  983307)<br>DORSEY & WHITNEY LLP<br>1801 K Street, N.W., Suite 750<br>Washington, D.C. 20006<br>Telephone:  (202) 442-3510<br>Fax:  (202) 442-3199<br>koeppl.timothy@dorsey.com<br><br>Juan C. Basombrio (Admitted Pro Hac Vice)<br>DORSEY & WHITNEY LLP<br>38 Technology Drive, Suite 100<br>Irvine, California 92618-5310<br>Telephone:  (949) 932-3650<br>Fax:  (949) 932-3601<br>basombrio.juan@dorsey.com<br><br>Counsel For Respondent<br>GOVERNMENT OF BELIZE |