**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BELIZE SOCIAL DEVELOPMENT LIMITED,<br><br>              Petitioner,<br><br>v.<br><br>THE GOVERNMENT OF BELIZE,<br><br>              Respondent. | )<br>)<br>)<br>)<br>)  Case No. 1:09-CV-02170-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Notice is hereby given that Belize Social Development Limited, Petitioner in the above-captioned matter, appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's October 18, 2010 Minute Order, which granted respondent's Motion To Stay and stayed proceedings "pending resolution of the parties' case before the Belize Supreme Court," and also appeals from all other underlying orders.

                                                                  Respectfully submitted,

| | |
|---|---|
| /s/ Louis B. Kimmelman | /s/ K. Chris Todd |
| Louis B. Kimmelman (admitted pro hac vice) | K. Chris Todd (D.C. Bar 284455) |
| ALLEN & OVERY LLP | Joseph S. Hall (D.C. Bar No. 475057) |
| 1221 Avenue of the Americas | KELLOG, HUBER, HANSEN, TODD, |
| New York, New York 10020 | EVANS & FIGEL P.L.L.C. |
| Telephone: (212) 610-6300 | 1615 M Street, N.W., Suite 400 |
| Fax: (212) 610-6399 | Washington D.C. 20036 |
| benno.kimmelman@allenovery.com | Telephone: (202) 326-7900 |
| | Fax: (202) 326-7999 |
| | jhall@khhte.com |

*Counsel for Petitioner Belize Social Development Limited*

November 16, 2010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2010, I caused to be filed electronically the foregoing Notice of Appeal with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system and accomplished service via the same.

/s/ Joseph S. Hall
Joseph S. Hall